**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

BRYAN KEITH EDMONDSON,

    Petitioner,

vs.                                    Case No.:  5:03cv99/MCR/EMT

JAMES CROSBY, JR.,

    Respondent.
_____/

## O R D E R

      This habeas action was filed pursuant to 28 U.S.C. § 2254.  On March 11, 2005, the Magistrate Judge recommended dismissal of the petition with prejudice.  (Doc. 32).  No objections having been, the Court on April 14, 2005, entered an Order adopting the Report and Recommendation and dismissing the petition.  (Doc. 33).  On April 15, 2005, the Clerk docketed objections filed by Petitioner,[1] which objections reflect were submitted to prison officials for mailing on April 11, 2005.  (Doc. 35).  Although Petitioner's objections are untimely, the Court vacates its Order of April 14, 2005, and enters the instant Order in its stead.

      This cause having come on for consideration upon the Magistrate Judge's Report and Recommendation dated March 11, 2005, and Petitioner's having been furnished a copy of the Report and Recommendation and been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), the Court has made a de novo determination of Petitioner's objections filed April 15, 2005.  Having considered the Report and Recommendation, and Petitioner's objections thereto, the Court has determined that the Report and Recommendation should be adopted.

---

     [1]    The pleading submitted for filing by Petitioner was entitled Motion for Certificate of Appealability relating to the Report and Recommendation entered by the Magistrate Judge on March 11, 2005.  The Court has therefore construed the document as objections to the Report and Recommendation.

Accordingly, it is **ORDERED** as follows:

1. The Order dated April 14, 2005, is **VACATED**.
2. The Magistrate Judge's Report and Recommendation is **ADOPTED** and **INCORPORATED BY REFERENCE** in the instant Order.
3. The petition for writ of habeas corpus (Doc. 1) is **DENIED** with prejudice.
4. The Clerk shall re-enter judgment accordingly.

**DONE AND ORDERED** this 18th day of April, 2005.


　　　　　　　　　　　　　　　　*s/ M. Casey Rodgers*
　　　　　　　　　　　　　　**M. CASEY RODGERS**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**