IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRYAN KEITH EDMONDSON,
    Petitioner,

vs.                            Case No: 5:03cv99/MCR/EMT

JAMES V. CROSBY,
    Respondent.
_____/

**O R D E R**

    This cause is before the court on Petitioner's notice of appeal (Doc. 38), motion for certificate of appealability (Doc. 39), and motion to proceed in forma pauperis on appeal (Doc. 40).  Unless a certificate of appealability is issued, Petitioner may not take an appeal from the final order denying § 2254 relief.  *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253 (c)(2).

    After review of the file, the court concludes that because Petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this Court's April 18, 2005 order (Doc. 36) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on March 11, 2005 (Doc. 32), a certificate of appealability will be denied.  For the same reasons, there is no good faith basis for an appeal, and Petitioner is not entitled to proceed in forma pauperis.  Fed.R.App.P. 24(a).

    Accordingly, it is **ORDERED**:

    1.    Petitioner's notice of appeal (Doc. 38) and motion for certificate of appealability (Doc. 39), are **DENIED** and no certificate shall issue.

2. Petitioner's motion to proceed in forma pauperis on appeal (Doc. 40) is **DENIED**. Petitioner shall pay the $255.00 filing fee within **THIRTY (30) DAYS** of the date of docketing of this order.

**DONE AND ORDERED** this 25th day of May, 2005.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**